```
United States Bankruptcy Court
Eastern District of Wisconsin
In re:                                                                   Case No. 15-32794-svk
Kurt Paskewic                                                            Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2           User: mag                    Page 1 of 2            Date Rcvd: Nov 24, 2015
                               Form ID: b9i                 Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2015.
```
db             +Kurt Paskewic,    21817 Church Rd,    Union Grove, WI 53182-9408
tr             +Mary B. Grossman,    Chapter 13 Trustee,    P.O. Box 510920,    Milwaukee, WI 53203-0161
9544883         Aurora Health Care,    PO Box 091700,    Milwaukee, WI 53209-8700
9544893        +Edwards,    PO Box 4207,    Carol Stream, IL 60197-4207
9544895        +Fedloan Servicing,    POB 69184,    Harrisburg, PA 17106-9184
9544897        +Harris and Harris,    111 W Jackson,    400,    Chicago, IL 60604-4135
9544899        +Kristen Harris,    21817 Church Road,    Union Grove, WI 53182-9408
9544901        +Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
9544902        +Nicor Gas (agency 203),    507 prudential Rd,    Horsham, PA 19044-2308
9544905        +Portfolio Recovery Associates LLC,    250 N Sunnyslope Road,    Ste 300,
                 Brookfield, WI 53005-4824
9544906        +Rausch, Sturm, Israel, Enerson & Hornik,,    250 N Sunnyslope Road,    Suite 300,
                 Brookfield, WI 53005-4800
9544908        +Simonds Law Group,    500 College Ave.,    Racine, WI 53403-1058
9544909        +Steve Priessman,    5315 Wirestem Ct,    Naperville, IL 60564-5344
9544910         Steven Priessman,    597 1st Street,    PO Box 429,    Cedar Key, FL 32625-0429
9544881        +at and t processing center,    Des Moines, IA 50363-0001
9544887        +cawley and Bergman,    117 Kinderkamackm #201,    River Edge, NJ 07661-1916
9544892        +edward Hospital,    PO Box 960090,    Kansas City, MO 64184-0001
9544903        +nicor Primes GLCG,    4500 Cherry Creek s. Dr. #300,    Denver, CO 80246-1531
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jaypet22@hotmail.com Nov 25 2015 01:35:12      John W. Peterson,
                 AAA Bankruptcy LLC,    93 W. Geneva Street,    PO Box 1108,    Williams Bay, WI  53191
smg             EDI: WISCDEPREV.COM Nov 25 2015 01:28:00      Wisconsin   Department  Of Revenue,
                 Special Procedures Unit,    P.O. Box 8901,    Madison, WI  53708-8901
ust            +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Nov 25 2015 01:36:13      Office of the U. S. Trustee,
                 517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510
9544880        +EDI: AFNIRECOVERY.COM Nov 25 2015 01:28:00      AFNI, Inc,    Po Box 3427,
                 Bloomington, IL 61702-3427
9544882         EDI: ATTWIREBK.COM Nov 25 2015 01:28:00      AT+T,    Po Box 8100,    Aurora, IL 60507-8100
9544885        +EDI: CAPITALONE.COM Nov 25 2015 01:28:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
9544884         EDI: CAPITALONE.COM Nov 25 2015 01:28:00      Capital One,    PO Box 5294,
                 Carol Stream, IL 60197-5294
9544886        +E-mail/Text: bankruptcy@cavps.com Nov 25 2015 01:36:42      Cavalry Portfolio SVCS,
                 7 Skyline Dr.  3rd Floor,    Hawthorne, NY 10532-2162
9544888         EDI: CITICORP.COM Nov 25 2015 01:28:00      Citicards CBNA,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
9544889        +E-mail/Text: WST_Bankruptcy@cable.comcast.com Nov 25 2015 01:37:04
                 Comcast Cable Communications, LLC.,    PO Box 34744,    Seattle, WA 98124-1744
9544890        +E-mail/Text: legalcollections@comed.com Nov 25 2015 01:37:02      Comed,    Po Box 6111,
                 Carol Stream, IL 60197-6111
9544891         EDI: DISCOVER.COM Nov 25 2015 01:28:00      Discover Card,    Po Box 30395,
                 Salt Lake City, UT 84130
9544894        +E-mail/Text: bknotice@erccollections.com Nov 25 2015 01:36:21      Enhansed Recovery Corp,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
9544896        +EDI: FORD.COM Nov 25 2015 01:28:00      Ford Motor Credit Co,    Po Box 689007,
                 Franklin, TN 37068-9007
9544898        +EDI: RMSC.COM Nov 25 2015 01:28:00      JCPenny GE Money Bank,    Po Box 103104,
                 Roswell, GA 30076-9104
9544900        +E-mail/Text: egssupportservices@egscorp.com Nov 25 2015 01:36:36      NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2368
9544904        +EDI: PRA.COM Nov 25 2015 01:28:00      Portfolio Recovery ASS,    Po Box 12914,
                 Norfolk, VA 23541-0914
9544907        +EDI: SEARS.COM Nov 25 2015 01:28:00      Sears Mastercard,    Po Box 183082,
                 Columbus, OH 43218-3082
9544911        +E-mail/Text: bankruptcydepartment@tsico.com Nov 25 2015 01:37:08      Transworld systems,
                 507 Prudential rd,    Horsham, PA 19044-2308
9544912         EDI: WFFC.COM Nov 25 2015 01:28:00      Wells Fargo Financial Bank,    3201 N 4th Ave,
                 Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2015 at the address(es) listed below:
```
              John W. Peterson    on behalf of Debtor Kurt  Paskewic jaypet22@hotmail.com
              Mary B. Grossman    ecf@chapter13milwaukee.com, mgwi_ecf@trustee13.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
                                                                                         TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
Eastern District of Wisconsin

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Hearing on Confirmation and Deadlines

The debtor(s) listed below filed a Chapter 13 bankruptcy case on 11/23/15.

**This notice contains important information for the debtor(s) and creditors.** All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: No employee of the United States Bankruptcy Court may give legal advice. You may want to consult an attorney to protect your rights.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

**See Reverse Side For Additional Information.**

Name(s) used by the debtor(s) in the last 8 years (including married, maiden, trade) and address:
Kurt Paskewic
21817 Church Rd
Union Grove, WI 53182

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 15–32794–svk | xxx–xx–6227 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| John W. Peterson<br>AAA Bankruptcy LLC<br>93 W. Geneva Street<br>PO Box 1108<br>Williams Bay, WI 53191<br>Telephone number: 262–245–5550 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203<br>Telephone number: 414–271–3943 |

## Meeting of Creditors:
The debtor(s) <u>must</u> attend this meeting.

Date: **January 6, 2016**　　　　　　　　　　Time: **08:30 AM**
Location: **Racine County Public Works Building, 14200 Washington Ave., Sturtevant, WI 53177**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **4/5/16**　　　　For a governmental unit: See Fed. R. Bankr. P. 3002(c)(1)

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/7/16**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Proposed Plan; Objection to Plan; Hearing on Confirmation of Plan**
If the debtor has filed a plan, a copy has been enclosed. If the debtor has not yet filed a plan, you will receive it at a later date. If a party files a written objection to confirmation of the proposed plan no later than 14 days after the completion of the Meeting of Creditors, the Court will schedule a hearing. If no party files a written objection to the plan, the Court may confirm the plan without a hearing. The only persons who will be notified of the hearing date will be the trustee, counsel for the debtor (or the debtor if the debtor is not represented by counsel), the Office of the United States Trustee, the objecting party, and all other persons who specifically request in writing to receive notice.

## Creditors May Not Take Certain Actions:
In most instances, the filing of a bankruptcy case automatically stays certain collections and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>Room 126, U.S. Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202–4581<br>Telephone: (414) 297–3291<br>VCIS: (414) 297–3582 or Toll Free (877) 781–7277<br>Court Web Site: http://www.wieb.uscourts.gov | **For the Court:**<br>JANET L. MEDLOCK<br>Clerk, U.S. Bankruptcy Court |
|---|---|
| **Clerk's Office Hours:** 8:30 a.m. – 4:30 p.m. (Central Time) | Date: 11/24/15 |

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the proposed plan. If your written objection to confirmation is filed no later than 14 days after completion of the Meeting of Creditors, the Court will schedule a confirmation hearing that you may attend. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | No employee of the United States Bankruptcy Court may give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or to obtain property from the debtor; repossessing the debtor's property; or starting or continuing lawsuits or foreclosures; or garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days, or not exist at all; although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Debtors will be required by the trustee to produce photo identification and proof of Social Security Number at the meeting of creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. In order to be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. A Proof of Claim can be filed electronically using the instructions at the court's website (www.wieb.uscourts.gov) under "Information for Creditors." No password or CM/ECF account is required, and an acknowledgement of the filing is available for your records. Alternatively, obtain a Proof of Claim form (Official Form B10), complete it and file by mail or in person at the address of the Bankruptcy Clerk's office on the front of this notice. A fillable proof of claim form is available at the court's website (www.wieb.uscourts.gov) under "Bankruptcy Forms – Local Forms." To receive an acknowledgment of your filing, you should enclose a stamped self–addressed envelope and a copy of your Proof of Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences that a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive any objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the lists of the debtor's property, debts, and property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

––––– Refer to Other Side for Important Deadlines and Notices –––––