# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: **Kurt Paskewic**
Debtor(s)

Case No. **15-32794**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on 7/28/2016, a copy of **Chapter 13** Plan ([19]) and Amended Plan ([33])

_ was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors. see attached list.

/s/ John W. Peterson
John W. Peterson
AAA Bankruptcy, LLC
PO Box 1108
93 W. Geneva Street
Williams Bay, WI 53191
262-245-5550 Fax: 262-245-2402
jaypet22@hotmail.com

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: Kurt Paskewic, Debtor

Case No. 15-32794

Chapter 13

## Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | at and t processing center<br>Des Moines, IA 50363 | Unsecured claims | 100.00 |
| 2. | AT+T<br>Po Box 8100<br>Aurora, IL 60507-8100 | Unsecured claims | 103.93 |
| 3. | Aurora Health Care<br>PO Box 091700<br>Milwaukee, WI 53209-8700 | Unsecured claims | 335.84 |
| 4. | Capital One<br>PO Box 5294<br>Carol Stream, IL 60197-5294 | Unsecured claims | 1,545.21 |
| 5. | Capital One<br>Po Box 5253<br>Carol Stream, IL 60197 | Unsecured claims | 1,127.17 |
| 6. | Citicards CBNA<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Unsecured claims | 100.00 |
| 7. | Comcast Cable Communications, LLC.<br>PO Box 34744<br>Seattle, WA 98124 | Unsecured claims | 1,036.61 |
| 8. | Comed<br>Po Box 6111<br>Carol Stream, IL 60197 | Unsecured claims | 801.73 |
| 9. | Discover Card<br>Po Box 30395<br>Salt Lake City, UT 84130 | Unsecured claims | 100.00 |
| 10. | edward Hospital<br>PO Box 960090<br>Kansas City, MO 64184 | Unsecured claims | 100.00 |
| 11. | Fedloan Servicing<br>POB 69184<br>Harrisburg, PA 17106 | Unsecured claims | 9,692.10 |
| 12. | Ford Motor Credit Co<br>Po Box 689007<br>Franklin, TN 37068 | Secured claims | 23,478.38 |

In re  Kurt Paskewic                                              Case No.  15-32794
                    Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 13. JCPenny GE Money Bank<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured claims | 100.00 |
| 14. Nicor Gas<br>PO Box 5407<br>Carol Stream, IL 60197 | Unsecured claims | 611.02 |
| 15. Nicor Gas (agency 203)<br>507 prudential Rd<br>Horsham, PA 19044 | Unsecured claims | 125.13 |
| 16. nicor Primes GLCG<br>4500 Cherry Creek s. Dr. #300<br>Denver, CO 80246 | Unsecured claims | 49.60 |
| 17. Portfolio Recovery ASS<br>Po Box 12914<br>Norfolk, VA 23541 | Unsecured claims | 939.00 |
| 18. Sears Mastercard<br>Po Box 183082<br>Columbus, OH 43218 | Unsecured claims | 100.00 |
| 19. Steve Priessman<br>5315 Wirestem Ct<br>Naperville, IL 60564 | Unsecured claims | 68,549.62 |
| 20. Transworld systems<br>507 Prudential rd<br>Horsham, PA 19044 | Unsecured claims | 127.00 |
| 21. Wells Fargo Financial Bank<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 | Unsecured claims | 100.00 |

## DECLARATION

I, the above-named Debtor, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date_____    Signature_____
                                              Kurt Paskewic
                                              Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.